IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 19 AM 11:12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| BETTY J. PATRICK TYLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 02-2137-B/V |
| ) | |
| FEDERAL EXPRESS CORP., ) | |
| ) | |
| Defendant. ) | |

## ORDER WITHDRAWING ATTORNEYS AND AMENDING SCHEDULING ORDER

Before the Court is Defendant's Unopposed Motion to Withdraw Attorneys and to Amend the Scheduling Order. Since Defendant's Motion is Unopposed and good cause having been show, Defendant's Motion is hereby GRANTED.

IT IS SO ORDERED AS FOLLOWS:

1.  Attorneys Elaine K. Sanders and Todd E. Taylor are removed as counsel of record for Defendant;

2.  The Scheduling Order is hereby amended as follows:

    a.  Final List of Witnesses and Exhibits:   October 12, 2005

    Parties shall have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    b.  Jury Trial Date:    November 28, 2005, at 1:30 p.m.

    c.  Pretrial Conference:    November 21, 2005 at 1:30 p.m.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-19-05

(102)

    d.    Joint Pretrial order, jury instructions and motions in limine are due on November 14, 2005.

Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

Dated: 7/19/05

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:02-CV-02137 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Barak J. Babcock
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl.
Memphis, TN 38125

Todd E. Taylor
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Kathy D. Baker
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Elaine K. Sanders
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable J. Breen
US DISTRICT COURT