IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BETTY P. TYLER,  )
 )
    Plaintiff,  )
 )
vs.  )  No. 02-2137-BV
 )
FEDERAL EXPRESS  )
CORPORATION,  )
 )
    Defendant.  )

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE
FOR FINAL LIST OF WITNESSES AND EXHIBITS IN THE
AMENDED SCHEDULING ORDER

THIS CAUSE CAME BEFORE the Court upon the Plaintiff's Unopposed Motion To Extend Deadline For Final List of Witnesses and Exhibits In the Amended Scheduling Order. The Court finds that Plaintiff has shown good cause for said extension and therefore Plaintiff's Motion is hereby granted. The deadline for filing the Final List of Witnesses and Exhibits shall be extended by twelve (12) days until October 24, 2005.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED.

_____
JUDGE

October 11, 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-11-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 106 in case 2:02-CV-02137 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Barak J. Babcock
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl.
Memphis, TN 38125

Kathy D. Baker
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT