IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BETTY J. PATRICK TYLER,

    Plaintiff,

v.                          No. 02-2137 B/V

FEDERAL EXPRESS CORPORATION,

    Defendant.

---

### ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S RESPONSE TO PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

---

Before the Court is the motion of Plaintiff, Betty Tyler, to strike Defendant, Federal Express Corporation's response to Plaintiff's response to this Court's order to show cause issued on October 4, 2005 and the declaration of Nicolle Gempler submitted in support of said response. As the Court finds that the motion is not well taken, it is hereby DENIED.

IT IS SO ORDERED this 17th day of October 2005.

                        J. DANIEL BREEN
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 111 in case 2:02-CV-02137 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Barak J. Babcock
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl.
Memphis, TN 38125

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Kathy D. Baker
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT