UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY  D.C.

05 NOV -8 PM 3:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| BETTY P. TYLER, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| FEDERAL EXPRESS CORPORATION, | CASE NO: 2:02cv2137-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on November 3, 2005, this cause is hereby dismissed and judgment is entered in favor of the Defendant, Federal Express Corporation, and against the Plaintiff, Betty P. Tyler.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/8/05
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-8-05

119

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 119 in case 2:02-CV-02137 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Kathy L. Laizure
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Kathy D. Baker
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Barak J. Babcock
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl.
Memphis, TN 38125

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT